UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TONI MCDOWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:15-cv-01477-RLY-DML |
| | ) | |
| NANCY A. BERRYHILL,[1] Acting | ) | |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Toni McDowell filed a request for judicial review of the final decision of the

Commissioner of the Social Security Administration denying Plaintiff's application for

Disability Insurance Benefits and Supplemental Security Income disability benefits under

Titles II and XVI, respectively, of the Social Security Act.  The court referred the matter

to the Magistrate Judge, who issued her report and recommendation.  The Magistrate

Judge concluded that the ALJ committed reversible errors and recommended that the

court remand the action.  Neither party objects.  After review, the court **ADOPTS** the

Magistrate Judge's report and recommendation (Filing No. 21), **REVERSES** the ALJ,

---

[1] Nancy A. Berryhill is now the Acting Commissioner of the Social Security Administration.  As provided by Fed. R. Civ. P. 25(d), she is substituted for Carolyn Colvin.

and **REMANDS** this action.


**SO ORDERED** this 7th day of March 2017.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Distributed Electronically to Registered Counsel of Record.